**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 26, 2020

**BY ECF**
The Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

MEMO ENDORSED:

The application is granted. The April 3, 2020 hearing is adjourned until June 5, 2020 at 3 p.m.

SO ORDERED

*[signature]*
Dated: March 27, 2020

Re:   *United States v. Jose Santana*, 18 Cr. 466

Dear Judge Gardephe:

      The Government writes to respectfully request a sixty-day adjournment of the parties' April 3 violation of supervised release conference in the above-captioned matter. The defendant's state charges, which are the basis of a number of the defendant's violations of supervised release, remain unresolved. The Government has sought to have the defendant's federal writ satisfied so he may be transferred back to state custody to reach a disposition regarding his state cases, after which the defendant may be better positioned to resolve his violations before this Court. Accordingly, the Government requests that the Court adjourn the April 3 conference to a date sixty days thereafter. The Government further requests that the Court exclude time under the Speedy Trial Act from today's date up to and including the next scheduled court appearance, and submits that such exclusion of time is in the interest of justice. The Government has conferred with defense counsel, who consents to this request.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

by: _____
Sarah Mortazavi
Assistant United States Attorney
(212) 637-2520

cc:   Philip Weinstein, Esq. (by ECF)
      Bob Baum, Esq.  (by Email)