

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 22, 2020

**BY ECF**

The Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *United States v. Jose Santana*, 18 Cr. 466

MEMO ENDORSED:

The August 7, 2020 conference is adjourned to October 14, 2020 at 10:30 a.m.

SO ORDERED.

*[signature: Paul S. Gardephe]*

Dated: July 23, 2020

Dear Judge Gardephe:

The Government writes to respectfully request a sixty-day adjournment of the parties' August 7, 2020 violation of supervised release conference in the above-captioned matter. After conferring with defense counsel, the Government has learned that the defendant's state charges, which are the basis of a number of the defendant's violations of supervised release in this matter, remain unresolved, and that his next court date is scheduled for August 11, 2020. Discovery productions in connection with the state case are not yet complete, and there are currently motions pending. In light of the foregoing, the Government requests that the Court adjourn the August 7 conference to a date sixty days thereafter. The Government has conferred with defense counsel, who consents to this request.

Respectfully submitted,

AUDREY STRAUSS
Acting United States Attorney

by: ___*[signature]*_____
Sarah Mortazavi
Assistant United States Attorney
(212) 637-2520

cc:   Bob Baum, Esq. (by Email)