



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 4, 2020

**BY ECF**
The Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**Memo Endorsed:** The violation of supervised release conference currently scheduled for December 14, 2020 is adjourned to February 15, 2021 at 10:00 a.m.

SO ORDERED.

*[signature]*

Paul G. Gardephe
United States District Judge
Dated: December 7, 2020

Re:    *United States v. Jose Santana*, 18 Cr. 466

Dear Judge Gardephe:

      The Government writes to respectfully request an adjournment of the parties' December 14, 2020 violation of supervised release conference in the above-captioned matter. After conferring with defense counsel, the Government has learned that the defendant's state charges, which are the basis of a number of the defendant's violations, still remain unresolved due to the COVID-19 pandemic. The Government further understands from defense counsel that the outcome of the defendant's state court proceedings will materially impact the resolution of the outstanding violations in this matter. In light of the foregoing, the Government requests that the Court adjourn the upcoming conference until February 2021. The Government has conferred with defense counsel, who consents to this request.

      Respectfully submitted,

      AUDREY STRAUSS
      Acting United States Attorney

by:  *[signature]*
      Sarah Mortazavi
      Assistant United States Attorney
      (212) 637-2520

cc:    Bob Baum, Esq. (by Email)