UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

JOSE SANTANA,

Defendant.

**ORDER**

18 Cr. 466 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

The violation of supervised release conference currently scheduled for February 15, 2021 at 10:00 a.m. is adjourned to February 16, 2021 at 10:00 a.m.

Dated: New York, New York
       January 11, 2021

SO ORDERED.

*Paul Gardephe*

Paul G. Gardephe
United States District Judge