

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 4, 2021

**BY ECF**
The Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Memo Endorsed: The application is denied. The violation of supervised release hearing will proceed as scheduled on June 24, 2021 at 3:00 p.m. With the consent of the Defendant, the hearing will proceed by telephone.**

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge
Dated: June 11, 2021

Re:   *United States v. Jose Santana*, 18 Cr. 466

Dear Judge Gardephe:

    The Government writes with the consent of defense counsel to respectfully request that the Court schedule a change of plea and sentencing in the above-captioned case. As of in or about April 2021, the defendant's state charges, which formed the basis of two of the defendant's pending supervised release violations, remained unresolved due to the COVID-19 pandemic. On May 4, 2021, the Government learned that the defendant has resolved his state cases, and has been transferred from state to federal custody. Consequently, and after conferring with defense counsel, the Government understands that the defendant now wishes to resolve his outstanding violations.

    The next conference date in this matter is currently scheduled for Thursday, June 24, 2021 at 3 PM. Given that the defendant is currently incarcerated and is now willing to enter a change of plea, the parties respectfully request that the Court reschedule the upcoming conference to a date in May 2021, in order to expeditiously resolve this matter.

Respectfully submitted,

AUDREY STRAUSS
United States Attorney

by: _____
Sarah Mortazavi
Assistant United States Attorney
(212) 637-2520

cc:   Bob Baum, Esq. (by Email)

**The parties are directed to dial 888-363-4749 to participate, and to enter the access code 6212642. The press and public may obtain access to the hearing by dialing the same number and using the same access code. The parties should call in at the scheduled time and wait on the line for their case to be called. At that time, the Court will un-mute the parties' lines. Seven days before the hearing, the parties must email Michael_Ruocco@nysd.uscourts.gov and GardepheNYSDChambers@nysd.uscourts.gov with the phone numbers that the parties will be using to dial into the hearing so that the Court knows which numbers to un-mute. The email should include the case name and case number in the subject line.